IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

F I L E D

8 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 3:11CR 260 |
| | ) | |
| RAMON ENRIQUE DIAZ, | ) | 8 U.S.C. § 1326(a) |
| | ) | Illegal Reentry |
| Defendant. | ) | |

## INDICTMENT

OCTOBER 2011 TERM – At Richmond

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Illegal Reentry)

On or about July 27, 2011, in the Eastern District of Virginia and within the jurisdiction of this Court, RAMON ENRIQUE DIAZ, an alien who had previously been removed from the United States, was found in the United States without having obtained the express consent of the Attorney General or his successor, the Secretary of Homeland Security, for re-application for admission into the United States.

(In violation of Title 8, United States Code, Section 1326(a)).

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

A TRUE BILL:

_____
F O R E P E R S O N

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
S. David Schiller
Assistant United States Attorney